ORIGINAL

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT 683467
## District of Hawaii

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | Case Number: CR 02-00346HG-01 |
| ARLENE ESTACION, aka Arlene Nii | |
| (Name and Address of Defendant) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 05 2006

at 9 o'clock and 99 min A M
SUE BEITIA, CLERK

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST ARLENE ESTACION, aka Arlene Nii and bring him or her forthwith to the nearest district/ magistrate judge to answer an Order of Court , charging him or her with (brief description of offense)

Violations of Supervised Release

in violation of Title  United States Code, Section(s) .

RECEIVED
2006 AUG 30 AM 11:39
U.S. MARSHAL SERVICE
HONOLULU

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| /s/ Sarla M. [signature] | August 30, 2006 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at   NO BAIL        By: Samuel P. King, Senior United States District Judge

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at 3536 HARDING AVE HONOLULU, HI.

| Date Received 8-30-06 | NAME AND TITLE OF ARRESTING OFFICER RUSSELL NAKASATO DUSM | SIGNATURE OF ARRESTING OFFICER [signature] |
|---|---|---|
| Date of Arrest 9-1-06 | | |