# MINUTES

FILED IN THE<br>
UNITED STATES DISTRICT COURT<br>
DISTRICT OF HAWAII<br>
<br>
September 11, 2006  4:30 pm<br>
<br>
SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 02-00346HG |
| CASE NAME: | UNITED STATES OF AMERICA v. (01) ARLENE MAUPUANA ESTACION, aka Arlene Nii |
| ATTYS FOR PLA: | William L. Shipley |
| ATTYS FOR DEFT: | Richard D. Gronna |
| U.S.P.O.: | J. Martin Romualdez |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
| DATE: | September 11, 2006 | TIME: | 11:00 - 11:25 |

COURT ACTION:     ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED -

The defendant is present in custody.

Mr. Gronna informed the Court that the defendant is not prepared to waive her 5th amended right and will not admit to Allegation No. 1 at this time.

Further hearing on Order to Show Cause Why Supervised Release Should Not Be Revoked continued to September 25, 2006 at 2:00 p.m.

Submitted by: Mary Rose Feria, Courtroom Manager