# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

November 27, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 02-00346HG |
| CASE NAME: | UNITED STATES OF AMERICA v. ARLENE MAUPUANA ESTACION aka Arlene Nii |
| ATTYS FOR PLA: | William L. Shipley, AUSA |
| ATTYS FOR DEFT: | Richard D. Gronna, Esq. |
| U.S.P.O.: | J. Martin Romualdez |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
| DATE: | November 27, 2006 | TIME: | 1:30 - 1:50 |

COURT ACTION:   ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED -

The defendant is present in custody.

Discussion held.

The hearing on Order to Show Cause Why Supervised Release Should Not Be Revoked is continued to December 12, 2006 at 1:30 p.m.

Submitted by: Mary Rose Feria, Courtroom Manager