# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

December 13, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 02-00346HG |
| CASE NAME: | U.S.A. vs. (01) ARELENE ESTACION, aka "Arlene Nii" |
| ATTYS FOR PLA: | A.U.S.A. William L. Shipley |
| ATTYS FOR DEFT: | Richard D. Gronna, Esq. |
| U.S.P.O.: | J. Martin Romualdez |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
| DATE: | December 13, 2006 | TIME: | 2:00 - 2:20 |

COURT ACTION:  FURTHER HEARING ON ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED -

The defendant is present in custody.

The defendant admitted to Violation No. 1.

The Court finds that this is a Grade A violation, Criminal History Category I.

The defendant is released pending sentencing.

Sentencing is set for May 3, 2007 @ 2:15 p.m.

Submitted by: David H. Hisashima, Courtroom Manager