# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

May 3, 2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 02-00346HG-001 |
| CASE NAME: | UNITED STATES OF AMERICA vs. (01) ARLENE MAUPUANA ESTACION aka Arlene Nii |
| ATTYS FOR PLA: | William L. Shipley, AUSA |
| ATTYS FOR DEFT: | Richard D. Gronna, Esq. |
| U.S.P.O.: | Timothy M. Jenkins |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Gloria Bediamol |
| DATE: | May 3, 2007 | TIME: | 2:20 - 3:15 |

COURT ACTION:  FURTHER HEARING ON ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED AS TO DEFENDANT (01) ARLENE MAUPUANA ESTACION -

On December 13, 2006, the Defendant (01) Arlene Maupuana Estacion admitted to Violation No. 1.  The Court also found that this is a Grade A violation, Criminal History Category I.

Defendant is present in custody.

Supervised release is revoked.

　　　ADJUDGED: Impr of 6 MONTHS as to Count 4, 6 MONTHS as to Count 14, and 6 MONTHS as to Count 15, all terms to run consecutively, for a total imprisonment term of 18 MONTHS.  This sentence shall run consecutive to the sentence imposed in CR 06-00585HG United States of America v. Arlene Estacion.

Restitution of $88,381.29 shall be reimposed with the same conditions.

No supervised release imposed.
Advised of rights to appeal the sentence, etc.

Submitted by: Mary Rose Feria, Courtroom Manager